WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY CRABAUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>    Defendant. | Case No. 2:18-cv-01811-APG-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Defendant SUTHERLAND GLOBAL SERVICES INC. ("Defendant"), by and through its attorneys of record, and Plaintiff, KIMBERLY CRABAUGH ("Plaintiff"), by and through her attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: January 3, 2019

Respectfully submitted,

*/s/ Jenny L. Foley, Esq.*
JENNY L. FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM Employment Attorneys LLP

Attorneys for Plaintiff
KIMBERLY CRABAUGH

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2019

FIRMWIDE:160968064.1 061963.1018